UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BUFFIE L. SMITH-BRANDON,

    Plaintiff,

v.                          CASE NO. 8:24-cv-1759-SDM-AAS

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

In a report (Doc. 26), the magistrate judge recommends granting Smith-Brandon's motion (Doc. 23) for an attorney's fee of $5,900 and costs of $405.00. Smith-Brandon's motion is **GRANTED**, and the magistrate judge's recommendation is **ADOPTED**. The clerk must enter a **JUDGMENT** in accord with this order and must close the case.

ORDERED in Tampa, Florida, on October 14, 2025.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE